# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__
Boston Division

| | |
|---|---|
| John J. Cronan | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| National Railroad Passenger Corporation | **05 11280 NG** |

TO: (Name and address of defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III<br>HANNON & JOYCE<br>The Public Ledger Building - Ste. 1000<br>150 S. Independence Mall West<br>Philadelphia, PA 19106-3323<br>(215) 446-4460<br>Attorney for Plaintiff | MICHAEL J. MCDEVITT<br>LAWSON & WEITZEN LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210<br>(617) 439-4990<br>Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                JUN 17 2005

CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): Certified Mail – Return Receipt Requested. See attached Returned Receipt.
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                              Signature of Server

                                                              _____
                                                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.