IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

JOHN J. CRONAN,

        Plaintiff,

Vs.                        CIVIL ACTION NO.: 05-11280-NG

NATIONAL RAILROAD PASSENGER
CORPORATION,

        Defendant,

**PROPOSED JOINT SCHEDULING PLAN**
**PURSUANT TO RULE 16(B) AND 26(F)**

1. Statement of the Case

This case involves a personal injury brought pursuant to an Act of Congress known as the Federal Employer's Liability Act (FELA), 45 U.S.C., Sec. 51 et seq. John J. Cronan has worked for the defendant from 1976 to present, an electrician

As a result of his job duties, Plaintiff was exposed to occupational risk factors for carpal tunnel syndrome, including but not limited to repetition force, vibration and awkward wrist posture. It is Plaintiff's claim that as a result of the Defendant's negligence, Plaintiff was diagnosed with carpal tunnel syndrome

Defendant failed to provide Plaintiff with a safe work environment under the FELA, specifically, failing to adequately warn Plaintiff of the risks, danger and harm to which he was exposed and to provide a timely

and adequate ergonomic program to prevent occupational carpal tunnel syndrome.

The Defendant denies Plaintiff's claims and further denies that its' alleged negligence was the proximate cause of Plaintiff's injuries.

2. <u>Joint Discovery Plan</u>

The attorneys for the parties have reached an agreement for a proposed Pretrial schedule as follows:

(a) All additional parties shall be joined by September 29, 2005.

(b) Amendment of pleadings shall be completed by September 29, 2005.

(c) Parties will exchange initial disclosures by September 29, 2005.

(d) All fact discovery should be completed by April 28, 2006.

(e) All experts who may be witnesses for the Plaintiff shall be designated no later than March 28, 2006.

(f) All experts who may be witnesses for the Defendant shall be designated no later than April 28, 2006.

(g) All expert discovery shall be completed by May 29, 2006.

(h) All motions for Summary Judgment to be filed by June 12, 2006.

Thomas J. Joyce, III, Esquire, of Hannon & Joyce, and Michael J. McDevitt, Esquire, of Lawson & Weitzen, LLP, counsel for Plaintiff, and Paul J. Sahovey, Esquire, of the Massachusetts Bay Transportation Authority, counsel for Defendant have conferred concerning the above discovery schedule and expenses.

Counsel for the parties have discussed informally exchanging discovery to reduce the cost of litigation to our clients and agreed to conform to the obligation to limit discovery set forth in F.R.C.P. 26(b). Discovery is expected to include all relevant information including but not limited to Plaintiff's work and medical history as well as Defendant's safety, medical and environmental efforts regarding exposure to ergonomic risk factors for occupational carpal tunnel syndrome.

The parties and their respective counsel have conferred regarding settlement.

Dated: August 22, 2005

Respectfully submitted,

ATTORNEY FOR PLAINTIFF

By: _____
THOMAS J. JOYCE, III, ESQUIRE
Hannon & Joyce
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
214-446-1460

ATTORNEY FOR DEFENDANT

By: _____
PAUL J. SAHOVEY, ESQUIRE
Massachusetts Bay
Transportation Authority
Ten Park Plaza
Boston, MA 02116
617-773-5500

*[signature: Michael J. McDevitt]*

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP
88 Black Flacon Avenue, Suite 345
Boston, MA 02210
617-439-4990
Local Counsel for Plaintiff