

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPEDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460　-　(888) 222-FELA (US)　-　(215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
tjoyceiii@hannonandjoyce.com

August 22, 2005

Honorable Nancy Gertner
USDC, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:　John J. Cronan v. National Railroad Passenger Corporation
　　　Civil Action No: 05-11280-NG

Dear Judge Gertner:

Please note our representation of the Plaintiff, John J. Cronan, in the above captioned FELA carpal tunnel syndrome action. This letter is to advise Your Honor that Plaintiff's local counsel, Michael McDevitt, Esq., of Lawson & Weitzen, LLP, will be appearing for Plaintiff at the scheduling conference on August 29, 2005 at 3:00 p.m. I have made arrangements to be available by telephone.

If you have any questions, please do not hesitate to contact me. Thank you for your time and consideration.

Respectfully,

THOMAS J. JOYCE III

TJJ:ada

cc:　Michael McDevitt (via facsimile)
　　　Paul Sahovey (via facsimile)