IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

JOHN J. CRONAN,

    Plaintiff,

v.   Civil Action No.: 05-11280-NG

NATIONAL RAILROAD PASSENGER
CORPORATION,

    Defendant,

### RULE 16(O)(3) CERTIFICATION

This is to certify that the Plaintiff, John J. Cronan, and his counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. John J. Cronan and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and mediation.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esquire
HANNON & JOYCE

PLAINTIFF

_____
John J. Cronan

Dated: August 22, 2005

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esquire
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff
88 Black Falcon Avenue, Suite 345
Boston, MA 02210