**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

John J. Cronan
    Plaintiff

V.

CIVIL ACTION

NO. 05-11280-NG

National Railroad Passenger Corp.,
    Defendant

**SETTLEMENT ORDER OF DISMISSAL**

Gertner, D. J.

The Court having been advised on May 10, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated

By the Court,

5/10/06            /s/Maryellen Molloy
Date                 Deputy Clerk

[stlmtodism.]